## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| ANGELLO ICELLO PINE,<br><br>          Plaintiff,<br><br>    v.<br><br>SAFETY HOLDINGS, INC.,<br><br>          Defendant. | Case No.: **1:25-cv-02695-TPO**<br><br>**SUMMONS RETURNED EXECUTED** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Angello Icello Pine has served upon Defendant Safety Holdings, Inc. copies of the following documents:

1) Issued Summons;

2) Complaint and Demand for Jury Trial;

3) Civil Cover Sheet;

4) Notice of Magistrate Judge Timothy P O'Hara assignment; and

5) Magistrate Judge Consent Form.

Attached hereto is a copy of the Proof of Service.

Respectfully submitted this September 16, 2025,

**CONSUMER ATTORNEYS, PLLC**

*/s/ Yaear Weintroub*
Yaear Weintroub (NY Bar No. 6153431)
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

*Attorney for Plaintiff*
*Angello Icello Pine*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado ▼

| | |
|---|---|
| ANGELLO ICELLO PINE, | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| SAFETY HOLDINGS, INC., | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:25-cv-02695 -TPO

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Safety Holdings, Inc.
c/o C T Corporation System
7700 E Arapahoe Rd Ste 220
Centennial, CO 80112-1268

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Yaear Weintroub (NY Bar No. 6153431)
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 576-1863
F: (718) 247-8020
E: yweintroub@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/28/2025  _____

s/ E. Lucero  _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02695-TPO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Safety Holdings, Inc. c/o C T Corporation System</u> was received by me on *(date)* _____.

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒    I served the summons on *(name of individual)* <u>Emilie La Plante</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Safety Holdings, Inc. c/o C T Corporation System</u> on *(date)* <u>Mon, Sep 08 2025</u> ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 09/08/2025

_____
*Server's signature*

Brittney Pierce
_____
*Printed name and title*

2443 South University Boulevard #268, Denver, CO 80210
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 8, 2025, 11:07 am MDT at 7700 EAST ARAPAHOE ROAD STE 220, CENTENNIAL, CO 80112 received by Emilie La Plante.
Left documents with registered agent